# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE COVINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J.W. FAIRMAN et. al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV-F-99-6133 REC SMS P<br><br>ORDER DISREGARDING MOTION FOR CLARIFICATION OF SCHEDULING ORDER<br>(Doc. 217) |

　　　Terrance Covington ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On March 2, 2003, this Court issued a Second Scheduling Order setting forth relevant trial and telephonic trial confirmation hearing dates. In addition, the Order set out various deadlines for the submission of Pretrial Statements by the parties.

　　　On April 20, 2005, Plaintiff filed a pleading titled "Motion for Clarification of Second Scheduling Order." Plaintiff indicates that he does not understand why he must file a Pretrial Statement when Local Rule 16-240(c) provides that persons proceeding in propria persona in a Civil Rights Action are exempted from the mandatory scheduling order requirement.

　　　Pursuant to Federal Rule of Civil Procedure 16(b), the Magistrate Judge is required to enter a scheduling order. Local Rule 16-240(c) exempts actions, such as the instant action, from the *mandatory* aspect of this rule. This means, however, that the Court is not required to enter a Scheduling Oder but may do so at its option. As noted above, the Court exercised its discretion to

1 | enter a Scheduling Order and set forth deadlines for the filing of pretrial statements by the parties.
2 | According to the Court docket, plaintiff submitted his Pretrial Statement on April 29, 2005.
3 |      Accordingly, Plaintiff's Motion for Clarification is DENIED.

IT IS SO ORDERED.

**Dated:   May 3, 2005**                                      /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE