1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

12   TERRANCE COVINGTON,              )        1:99-CV-06133-REC-SMS-P
                                       )
13         Plaintiff,                  )        ORDER GRANTING EXTENSION OF TIME
                                       )
14         v.                          )        (DOCUMENT #219)
                                       )
15   J. W. FAIRMAN, et al.,            )
                                       )
16         Defendants.                 )
     _____)

17

18         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19   § 1983.  On April 28, 2005, plaintiff filed a motion to extend time to file a pre-trial statement, pursuant

20   to the court's order issued on March 2, 2005.  Inasmuch as plaintiff filed the pre-trial statement on April

21   29, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT

22   plaintiff's motion to extend time to file a pre-trial statement is GRANTED nunc pro tunc to May 5, 2005.

23   IT IS SO ORDERED.

24   **Dated:   May 23, 2005**                    **/s/ Sandra M. Snyder**
     b6edp0                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28