1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

**FRESNO DIVISION**

10

| | |
|---|---|
| **TERRANCE COVINGTON**, | Case No.:  CV F 99-6133 REC SMS P |
| **Plaintiff,** | |
| **v.** | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SUBMIT PRETRIAL STATEMENTS (Doc.  226.) |
| **J.W. FAIRMAN, et al.,** | |
| **Defendants**. | |

16
17        Defendants Mattingly, Lopez, Zinani, Brown, Haskins, Ballesteros, Barrier, and Davis

18 have filed an ex parte request for extension, to and including Wednesday, June 8, 2005, to file a

19 joint pre-trial statement.   Having read and considered Defendants' ex parte request and the

20 accompanying declaration of counsel, and good cause appearing therefor,

21        IT IS HEREBY ORDERED that Defendants' ex parte request for an extension, to and

22 including Wednesday, June 8, 2005, to file a joint pre-trial statement is granted.

23 IT IS SO ORDERED.

24 **Dated:     May 26, 2005**                          _____/s/ Lawrence J. O'Neill_____
   b6edp0                                      UNITED STATES MAGISTRATE JUDGE

25
26
27
28

Order
*Covington v. Fairman, et al.,* Case No.: CV F 99-6133 REC SMS P