# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE COVINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>J.W. FAIRMAN et. al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-99-6133 REC SMS P<br><br>ORDER GRANTING MOTION TO EXTEND EXPERT-DISCLOSURE DEADLINE (Doc. 232.) |

    Terrance Covington ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On March 2, 2003, this Court issued a Second Scheduling Order setting forth relevant trial and telephonic trial confirmation hearing dates.

    On July 20, 2005, Defendants moved to extend the expert disclosure deadline. Pursuant to Rule 26(a)(2 of the Federal Rules of Civil Procedure, the disclosures of expert testimony must be made at least ninety (90) days prior to trial. Fed.R.Civ.P. 26(a)(2)(A). Defendants state that the assigned attorney recently retired and the newly assigned Deputy Attorney General requires a bit more time to make the disclosures.

    Plaintiff submitted an Opposition to the Motion citing a non-existent Local Rule and stating that Defendants were aware well in advance of the Deputy Attorney General's retiring.

    The Court has reviewed the Motion and Opposition and finds good cause for granting the extension of time for the disclosure of expert testimony. Defendants have requested a forty-five

day extension of time.  Defendants will be granted an extension of forty-five days from the date the Motion was filed.  Plaintiff will be granted fifteen (15) days subsequent to submit a supplemental (rebuttal) expert should he wish to do so.

The Court HEREBY ORDERS:

1. Defendant's Motion to extend the expert disclosure deadline is GRANTED. Defendants SHALL make such disclosure to Plaintiff on or before September 3, 2005.

2. Plaintiff is granted FIFTEEN (15) days thereafter to submit a supplemental expert should he wish to do so.

IT IS SO ORDERED.

**Dated:   August 11, 2005**             /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE