# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE COVINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>J.W. FAIRMAN, et. al.,<br><br>    Defendants. | CV F   99-6133 REC SMS P<br><br>ORDER FOLLOWING TELEPHONIC TRIAL CONFIRMATION HEARING HELD SEPTEMBER 8, 2005, 10:00 a.m.<br><br>ORDER CHANGING TRIAL DATE FROM OCTOBER 18, 2005, to OCTOBER 19, 2005, at 10:00 a.m.<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS IN LIMINE<br><br>ORDER SETTING SETTLEMENT CONFERENCE:<br><br>Date: September 20, 2005<br>Time: 2:00 p.m. Courtroom  4 |

On September 8, 2005, at 10:00 a.m., this Court held a Telephonic Trial Confirmation Hearing.  Mr. Mark Harris appeared on behalf of Defendants Pina, Tostado, Chappell; Mr. Roger Yang appeared on behalf of Defendants Quinones and Valenzuela, and Deputy Attorney General, Barbara Spiegel[1] appeared on behalf of Defendants Mattingly, Lopez, Zinani, Brown,

---

[1] At the time this Order was issued, Ms. Spiegel had not yet filed a substitution of counsel with the Court.

1

1  Ballesteros, Barrier, Haskins, and Davis.

2      As discussed during the hearing, the trial date originally set for October 18, 2005, at 9:00
3  a.m. is changed to October 19, 2005, at 9:00 a.m.

4      The Court also set forth the following schedule for the submissions of Motions and
5  Limine and hearing of any Motions filed by the parties. All Motions in Limine shall be filed by
6  September 16, 2005, and **must be noticed** for hearing on the Motion Calendar of the Honorable
7  Robert E. Coyle on October 11, 2005, at 1:30 p.m. Oppositions to any Motion in Limine filed by
8  any party shall be submitted on or before September 23, 2005.

9      Defendants indicated at this hearing that they would not be requiring the testimony of any
10 experts and wished the experts listed on their witness list be removed. The Court will issue an
11 Amended Pretrial Order to this effect.

12     Plaintiff's request for discovery made in his pretrial statement was denied by the Court.

13     Defendants also indicated to the Court that they wished the Court to participate in a
14 Settlement Conference. Per this request, the Court set a Settlement Conference for September
15 20, 2005, at 1:30 p.m. before the undersigned. The Court indicated to the parties that their
16 Settlement Conference Statements would be due to the Court by September 16, 2005.

17     Accordingly, based on the above, the Court HEREBY ORDERS:

18     1.    The TRIAL date of October 18, 2005, at 9:00 a.m. is changed to October 19,
19            2005, 9:00 a.m. before the Honorable Judge Oliver W. Wanger;[2]

20     2.    Motions in Limine SHALL be filed by **September 16, 2005**;

21     3.    All Motions in Limine SHALL be noticed on the motion calendar of District
22            Court Judge Robert E. Coyle for HEARING on **October 11, 2005** at 1:30 p.m.
23            Local Rule 78-230(b);[3]

24     4.    Oppositions to Motions in Limine SHALL be filed by **September 23, 2005;**

---

[2] An Order of reassignment will issue following resolution of the Motions in Limine by Judge Coyle.

[3] Local Rule 78-230(b) provides: "Except as otherwise provided in these Rules or ordered or allowed by the Court, all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge. The moving party shall file with the Clerk a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of documentary evidence that the moving party intends to submit in support of the motion. . ."

5.  Plaintiff's Motion for Discovery is DENIED;

6.  A Settlement Conference SHALL BE HELD on **September 20, 2005,** at 2:00 p.m. in Courtroom 4 before the undersigned.

7.  Unless otherwise permitted in advance by the Court, <u>the attorneys who will try the case</u> SHALL appear at the settlement conference in person <u>with the parties and/or the person(s) having full authority</u> to negotiate and settle the case, on any terms, at the conference.

8.  The Deputy Attorney General has agreed to and shall make the appropriate arrangements and obtain the telephone number needed in order for Plaintiff to appear telephonically at the settlement conference;

9.  On or before **September 16, 2005,** the parties SHALL submit <u>directly to the settlement conference judge's chambers</u> a confidential Settlement Conference Statement. This statement <u>should neither be filed with the Clerk of the Court nor served on any other party</u>. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement.

10. The Confidential Settlement Conference Statement SHALL include the following:

    A.  A brief statement of the facts of the case;

    B.  A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

    C.  A summary of the proceedings to date;

    D.  An estimate of the cost and time to be expended for further pretrial and trial matters;

    E.  The relief sought; and

    F.  The party's position on settlement, including realistic settlement

1  expectations, present demands and offers, and a history of past settlement
2  discussions, offers, and demands.
3  11. A party SHALL inform the Court (Courtroom Deputy, Harriet Herman) and the
4  other parties by **September 15, 2005**, that it believes the case is not in a
5  settlement posture so the Court may vacate or reset the settlement conference.
6  Otherwise the parties SHALL proceed with the settlement conference in good
7  faith to attempt to resolve all or part of the case.  The Court may vacate the
8  settlement conference if the Court finds the settlement conference will be neither
9  productive nor meaningful to attempt to resolve all or part of this case.

IT IS SO ORDERED.

**Dated:**   **September 8, 2005**              /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE