UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COVINGTON | ) | |
| | ) | |
| | ) | CV F 99-6133 REC |
| Plaintiff, | ) | |
| | ) | NEW CASE NUMBER: |
| v. | ) | |
| | ) | CV F-99-6133 OWW |
| FAIRMAN ETAL | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **ORDER REASSIGNING CASE** |
| | ) | |
| | ) | |

        This matter is reassigned from the docket of United States
District Judge Robert E. Coyle to the docket of United States
District Judge Oliver W. Wanger.

        To prevent a delay in documents being received by the
correct judicial officer, the new case number should now be
used on all documents.

                        **CV F-99-6133 OWW**


**THE TRIAL DATE OF OCTOBER 19ᵀᴴ, 2005 WILL REMAIN THE SAME.  MOTIONS**

**IN LIMINE SHALL BE SET BEFORE JUDGE WANGER ON OCTOBER 11, 2005 AT**

**11:00 AM.**


DATED: September 16, 2005

                                _____/s/ ROBERT E. COYLE____
                                    ROBERT E. COYLE
                            UNITED STATES DISTRICT JUDGE


1