UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRANCE COVINGTON, | ) | 1:99-CV-06133-OWW-SMS-P |
| Plaintiff, | ) | |
| | ) | ORDER VACATING SEPTEMBER 19, 2005 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO TERRANCE COVINGTON |
| v. | ) | |
| J. W. FAIRMAN, et al., | ) | (DOCUMENT #258) |
| | ) | As to Terrance Covington, C-99448 |
| Defendants. | ) | |

Plaintiff Terrance Covington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On September 19, 2005, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff, commanding the Warden of Calipatria State Prison to produce California prisoner Terrance Covington #C-99448 in this court on October 19, 2005, to testify at trial in this action.

On September 20, 2005, a Settlement Conference was held and the case was settled. Due to the settlement, IT IS ORDERED that the court's order of September 19, 2005, ordering that a

Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on September 19, 2005, commanding the production of inmate Terrance Covington, BE VACATED.

IT IS SO ORDERED.

Dated: **September 27, 2005**          **/s/ Sandra M. Snyder**
b6edp0                                      UNITED STATES MAGISTRATE JUDGE