# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE COVINGTON,<br><br>              Plaintiff,<br><br>       v.<br><br>J.W. FAIRMAN et. al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV-F-99-6133 REC SMS P<br><br>ORDER REQUIRING DEFENDANTS TO FILE STATUS REPORT AND/OR STIPULATION REGARDING SETTLEMENT |

On September 20, 2005, the parties appeared for a settlement conference before the undersigned, and settlement was reached.  Defendants indicated that Plaintiff would be required to sign certain documents before he would receive his monetary settlement, less restitution before the settlement would conclude.  However, to date, no documentation in the way of a stipulation and proposed order has been submitted to the Court.  Accordingly, Defendants are ORDERED to either file a Status Report *OR* a Stipulation and Proposed Order of Dismissal within TWENTY (20) DAYS of the date of service of this Order.

The parties are warned that the failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

IT IS SO ORDERED.

**Dated:   October 24, 2005**            /s/ Sandra M. Snyder
icido3                          UNITED STATES MAGISTRATE JUDGE