# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE COVINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>J.W. FAIRMAN et. al.,<br><br>        Defendants. | CASE NO. CV-F-99-6133 REC SMS P<br><br>SECOND ORDER REQUIRING DEFENDANTS TO FILE STATUS REPORT AND/OR STIPULATION REGARDING SETTLEMENT |

    On September 20, 2005, the parties appeared for a settlement conference before the undersigned, and settlement was reached.  Defendants indicated that Plaintiff would be required to sign certain documents before he would receive his monetary settlement, less restitution before the settlement would conclude.

    On October 25, 2005, the Court issued an Order requiring Defendants to provide a status report as no documentation regarding the settlement had yet been submitted to the Court. On October 25, 2005, Defendants informed the Court that a Release of All Claims had been sent to Plaintiff and returned to Defendants on a week prior to the Court's Order.  The release was then forwarded to the Department of Correction's Legal Affairs Division.  Defendants further indicated that the they "anticipate[d] that the settlement draft [would] be sent with a Stipulation for Dismissal, within three weeks, and the Stipulation [would] thereafter be filed."  (Status Report at 2.)  However, on December 16, 2005, the Court received a letter from Plaintiff indicating that to date, he had not received his monetary settlement pursuant to the agreement.

(Letter at 2.) Plaintiff notes that it has been three months since the agreement and the Court notes that more than three weeks have passed since Defendants provided their status report.

In light of the above, the Court HEREBY ORDERS:

1. Defendants SHALL provide either file a Status Report *OR* a Stipulation and Proposed Order of Dismissal within TEN (10) DAYS of the date of service of this Order;

2. In the event no Stipulation and Proposed Order of Dismissal is FILED, Defendants SHALL thereafter provide the Court with a STATUS REPORT EVERY FIFTEEN (15) days until this matter is resolved.

Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court **must be served on the opposing party.** Local Rule 5-135(b); Fed.R.Civ.P. 5. This includes Status Reports as well as any pleadings filed in connection with the case. Letter to the Court are improper and their contents should be included in a pleading properly filed.

The parties are warned that the failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

IT IS SO ORDERED.

**Dated:   December 21, 2005**                       **/s/ Sandra M. Snyder**
b6edp0                                              UNITED STATES MAGISTRATE JUDGE