```
MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone:  (916) 442-6155
Facsimile:  (916) 444-5921

Attorneys for Defendants E. Tostado,
R. Chappell and S. Pina
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| TERRANCE COVINGTON, | ) | Case No. CIV-F99-6133 OWW SMS P |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER OF DISMISSAL** |
| J.W. FAIRMAN, et al. | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed, with prejudice.


Dated: January 3, 2006             /s/ Terrance Covington
                                   TERRANCE COVINGTON, Plaintiff

[Submitting counsel has prior authorization for submitting this electronic signature and has possession of the original signature.]

Dated: January 17, 2006            LAW OFFICES OF MARK H. HARRIS


                              By:     /s/ Mark H. Harris
                                   MARK H. HARRIS
                                   Attorneys for Defendants E.
                                   Tostado, R. Chappell and S.
                                   Pina

Stipulation and Order of Dismissal             1

Dated: January 20, 2006                STATE OF CALIFORNIA ATTORNEY GENERAL

                                       By:    /s/ Barbara Spiegel
                                              BARBARA SPIEGEL
                                              Attorneys for Defendants Mattingly, Lopez, Zinani, Brown, Haskins, Ballesteros, Barrier, and Davis

[Submitting counsel has prior authorization for submitting this electronic signature and has possession of the original signature.]

Dated: January 20, 2006                MATHENY, SEARS, LINKERT & LONG, LLP

                                       By:    /s/ Roger Yang
                                              ROGER YANG
                                              Attorneys for Defendants Quinones and Valenzuela

[Submitting counsel has prior authorization for submitting this electronic signature and has possession of the original signature.]

### ORDER

  IT IS SO ORDERED that this action be, and hereby is, dismissed with prejudice.


Dated:   Feb. 9      , 2006    /s/ OLIVER W. WANGER
                               JUDGE OF THE U.S. DISTRICT COURT

Stipulation and Order of Dismissal            2